| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:13CR00010-037 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:18-00055 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Angel Melvina Iuli<br>Middle District of Tennessee - Nashville | Western District of Virginia | Abingdon |
| | NAME OF SENTENCING JUDGE | |
| | Honorable James P. Jones, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/26/2017    TO 09/25/2020 |

**OFFENSE**
Conspiracy to Defraud the United States by Passing Counterfeit or Fraudulent Checks

Passed, Uttered, and Presented, and Caused to be Passed Within the United States, Counterfeit or Fraudulent Checks

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF VIRGINIA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Middle District of Tennessee - Nashville** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/13/18_                        _[signature]_
Date                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE DISTRICT OF TENNESSEE</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_3/20/18_                        _[signature]_
Effective Date                  United States District Judge